# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

EDWARD WALKER,                              )
                                       )
    Plaintiff,            )
                                       )
    v.                    )     No. 4:07CV893 CDP
                                       )
CORRECTIONAL MEDICAL                        )
SERVICES, et al.,                          )
                                       )
    Defendants.           )

## <u>ORDER</u>

This matter is before the Court upon its own motion.  The Court has reviewed the pleadings in this matter and is of the opinion that appointment of counsel would best serve the interests of justice.

Accordingly,

**IT IS HEREBY ORDERED** that David Z. Hoffman, SANDBERG, PHOENIX & VON GONTARD, P.C., One City Centre, 15th Floor, 515 North 6th Street, St. Louis, MO 63101, (314) 446-4207, fax (314) 241-7604, is appointed to represent plaintiff in this matter.  The Clerk of Court shall provide a complete copy of the court file to plaintiff's appointed counsel at no cost.

**IT IS FURTHER ORDERED** that plaintiff's counsel shall have until **July 24,**

**2007**, to file an amended complaint.


Dated this 30th day of May, 2007.


_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE