UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| EDWARD WALKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | Case No. 4:07CV00893-CDP |
| | ) | |
| CORRECTIONAL MEDICAL SERVICES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

It has come to my attention that the counsel I appointed in this matter yesterday is no longer practicing law in this district. I will therefore appoint substitute counsel. Accordingly,

**IT IS HEREBY ORDERED** that , Markus P. Cicka, HUSCH AND EPPENBERGER, LLC, 190 Carondelet Plaza, Suite 600, St. Louis, MO, 63105, phone 314-480-1500, fax 314-480-1505, is appointed to represent plaintiff in this matter. The Clerk of the Court shall provide plaintiff's newly-appointed counsel with a complete copy of the court file at no cost.

**IT IS FURTHER ORDERED** that appointed counsel shall file an amended complaint in this matter no later than **August 1, 2007**.

Dated this 20th day of June , 2007.

_____
Catherine D. Perry
United States District Judge