UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| EDWARD WALKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:07CV893 CDP |
| ) | |
| CORRECTIONAL MEDICAL, ) | |
| SERVICES, et al. ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

**IT IS HEREBY ORDERED** that the Clerk of the Court shall issue a Writ of Habeas Corpus Ad Testifcandum for the attendance of Edward Walker to appear at the hearing scheduled for **Thursday, November 8th, 2007 at 1:30 p.m. in Courtroom 14 South**, and shall immediately serve three certified copies of said Writ on the Superintendent of the Tipton Correctional Center in Tipton, Missouri.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 25th day of October, 2007.