UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| EDWARD WALKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:07CV893 CDP |
| ) | |
| CORRECTIONAL MEDICAL, ) | |
| SERVICES, et al. ) | |
| ) | |
| Defendants. ) | |

## ORDER

For reasons discussed at the hearing held on November 8, 2007,

**IT IS HEREBY ORDERED** that plaintiff counsel Paul Littleton's motion to withdraw as attorney for plaintiff [#17] is GRANTED. Attorney Littleton must provide a complete copy of the plaintiff's records he has obtained from the Missouri Department of Corrections to plaintiff's new attorney.

**IT IS FURTHER ORDERED** that plaintiff Edward Walker's pro se motions to appoint new counsel [## 23, 30] are GRANTED. **John E. Campbell, SIMON AND PESSANANTE, PC, 701 Market Street, Suite 1450, St. Louis, MO 63101, phone 314-241-2929, fax 314-241-2029**, is appointed to represent plaintiff in this matter. The clerk shall provide a complete copy of the court file to

plaintiff's appointed counsel at no cost. Plaintiff's new counsel will not be required to file an amended complaint.

**IT IS FURTHER ORDERED** that a transcript of the hearing held on November 8, 2007 will be provided to plaintiff's newly-appointed counsel. The clerk is directed to have the transcript prepared at the Court's expense.

**IT IS FURTHER ORDERED** that the clerk shall issue process or cause process to issue on the complaint. Once defendants have been served and defense counsel has entered an appearance, a scheduling conference will be held.

**IT IS HEREBY ORDERED** that the request for reimbursement of out-of-pocket expenses filed by attorney Littleton [#34] is granted pursuant to Local Rule 83-12.03 and the Administrative Order of this Court, and the Clerk of Court shall pay Littleton the sum of $606.90 as reimbursement for his out-of-pocket expenses.

IT IS FURTHER ORDERED that all other pending motions are denied as moot.

Dated this 6th day of February, 2008.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE